UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THOMAS C. CREECH, )<br>       Plaintiff, )<br>v. )<br>NAVIENT, )<br>       Defendant. ) | Case No. |

### DEFENDANT'S NOTICE OF REMOVAL

**TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA**

Defendant, NAVIENT SOLUTIONS, LLC ("NSL"), incorrected named as "Navient," by and through its attorneys, Jennifer L. Fisher of Hinshaw & Culbertson LLP, and for its Notice of Removal pursuant to 28 U.S.C. sections 1331, 1441, and 1446, states the following:

**I.  STATEMENT OF THE CASE**

1. On or about March 9, 2021, Plaintiff Thomas C. Creech ("Plaintiff") filed a Complaint captioned *Thomas C. Creech v. Navient,* in the Circuit Court in Lake County, State of Indiana. A copy of the Plaintiff's Complaint is attached hereto as **Exhibit A**.

2. Plaintiff's Complaint asserts a federal cause of action against NSL for purported violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"). *See* Exhibit A.

**II.  BASIS FOR REMOVAL**

**A.  Federal Question Jurisdiction**

3. United States district courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.

4. This Court has federal question jurisdiction under 28 U.S.C. section 1331 because Plaintiff's sole count sounding in the TCPA arises under a law of the United States.

## II. ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

5. 28 U.S.C. section 1446(b) provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading…" 28 U.S.C. § 1446(b).

6. Removal of this action is timely as this Notice is being filed within thirty (30) days of NSL being served with the Complaint, which it received by certified mail on March 17, 2021.

7. Pursuant to 28 U.S.C. §1446(a), NSL attaches to this Notice of Removal, a copy of all process, pleadings and other orders served upon them in the state court action to date.

8. In accordance with 28 U.S.C. section 1446(d), written notice of the filing of this removal notice will be given to Plaintiff following the filing of this Notice of Removal.

9. Concurrent with the filing of this Notice of Removal, NSL is filing a Notice of Filing Notice of Removal with the Circuit Court of Lake County, State of Indiana.

10. In submitting this Notice of Removal, NSL reserves all defenses.

WHEREFORE, Defendant, NAVIENT SOLUTIONS, LLC (misnamed as "Navient"), respectfully requests that this case proceed in this Court as an action properly removed to it.

3164\307879361.v1

Dated: April 6, 2021

                                          Respectfully submitted,

                                          HINSHAW & CULBERTSON LLP

By: /s/ Jennifer L. Fisher
Jennifer L. Fisher (31967-64)
Attorney for Defendant,
NAVIENT SOLUTIONS, LLC (misnamed as Navient)
322 Indianapolis Blvd., Suite 201
Schererville, IN 46375
Phone No.: 219-864-4543
Fax No. 219-864-5052
E-mail Address: jfisher@hinshawlaw.com

3

3164\307879361.v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 6th 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system.  I hereby further certify that I have mailed by United States Postal Service the document to the following non CM/CM/ECF participants:

Thomas Creech
10116 Golden Crest Dr.
St. John, Indiana  46373

>Respectfully submitted,
>
>HINSHAW & CULBERTSON LLP
>
>By:  /s/ Jennifer L. Fisher
>Jennifer L. Fisher (31967-64)
>322 Indianapolis Blvd., Suite 201
>Schererville, IN 46375
>Ph.: 219-864-5051
>Fax  219-864-5052
>jfisher@hinshawlaw.com